[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Lonero,* Slip Opinion No. 2017-Ohio-7859.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2017-OHIO-7859

THE STATE OF OHIO, APPELLEE, *v.* LONERO, APPELLANT.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Lonero,* Slip Opinion No. 2017-Ohio-7859.]

*Court of appeals' judgment reversed on the authority of* State v. Grimes *and cause remanded.*

(No. 2016-0675—Submitted June 7, 2017—Decided September 28, 2017.)

APPEAL from the Court of Appeals for Lucas County, No. L-14-1229, 2016-Ohio-1113.

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Grimes*, ___ Ohio St.3d ___, 2017-Ohio-2927, __ N.E.3d ___, and this cause is remanded to the trial court for further proceedings consistent with our decision in *Grimes*.

O'CONNOR, C.J., and O'DONNELL, O'NEILL, and FISCHER, JJ., concur.

FRENCH, J., concurs in judgment only.

KENNEDY, J., dissents and would affirm the judgment of the court of appeals.

DEWINE, J., dissents and would affirm the judgment of the court of appeals for the reasons stated in his concurring opinion in *State v. Grimes*, ___ Ohio St.3d ___, 2017-Ohio-2927, __ N.E.3d ___.

_____

Julia R. Bates, Lucas County Prosecuting Attorney, and Evy M. Jarrett, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Eric M. Hedrick, Assistant Public Defender, for appellant.

_____